IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GEORGIA L. FLUCKUM,  :

    Plaintiff,  :

vs.      CA 04-00501-CB-C

    :

JO ANNE B. BARNHART,
Commissioner of Social Security,  :

    Defendant.

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 30, 2005 is **ADOPTED** as the opinion of this Court.

**DONE** this 1st day of July, 2005.

*s/Charles R. Butler, Jr.*
**SENIOR UNITED STATES DISTRICT JUDGE**